MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Caitlin A. Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 0 7 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THARE JOSUE NAVARRO ROBLES,<br>ALEX GEOVANNI ZEPEDA<br>MORALES and<br>ANDRES GONZALES,<br><br>Defendants. | 4:16-CR-6019-EFS<br><br>SUPERSEDING<br>INDICTMENT<br><br>21 U.S.C. §§ 841(a)(1),<br>(b)(1)(A)(viii), 846<br>Conspiracy to Distribute 500 Grams<br>or More of Methamphetamine<br>(Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)<br>and 18 U.S.C. § 2<br>Distribution of 50 Grams or More of<br>Actual (Pure) Methamphetamine<br>(Count 2)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)<br>Possession with Intent to Distribute<br>500 Grams or More of<br>Methamphetamine<br>(Count 3)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(A)(i)<br>Possession with Intent to Distribute<br>1 Kilogram or More of Heroin<br>(Count 4) |

SUPERSEDING INDICTMENT – 1
Robles_Morales IndictmentSUPERSEDING.docx

21 U.S.C. § 841(a)(1), (b)(1)(B)(ii)
Possession with Intent to Distribute 500 grams or More of Cocaine
(Count 5)

21 U.S.C. § 853
Forfeiture Allegations

The Grand Jury Charges:

## COUNT ONE

That beginning on a date unknown, but by early March 2016, and continuing until on or about March 30, 2016, in the Eastern District of Washington and elsewhere, the Defendants, THARE JOSUE NAVARRO ROBLES, ALEX GEOVANNI ZEPEDA MORALES, and ANDRES GONZALES and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense against the United States, to wit: distribution of 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846.

## COUNT TWO

That on or about March 17, 2016, in the Eastern District of Washington, the Defendants, THARE JOSUE NAVARRO ROBLES and ALEX GEOVANNI ZEPEDA MORALES, did knowingly and intentionally distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C § 2.

## COUNT THREE

That on or about March 30, 2016, in the Eastern District of Washington, the Defendant, ALEX GEOVANNI ZEPEDA MORALES and ANDRES GONZALES, knowingly and intentionally possessed with intent to distribute 500

SUPERSEDING INDICTMENT – 2
Robles_Morales IndictmentSUPERSEDING.docx

grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT FOUR

That on or about March 30, 2016, in the Eastern District of Washington, the Defendant, ALEX GEOVANNI ZEPEDA MORALES, knowingly and intentionally possessed with intent to distribute 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(i).

## COUNT FIVE

That on or about March 30, 2016, in the Eastern District of Washington, the Defendant, ALEX GEOVANNI ZEPEDA MORALES, knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(ii).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense of violation of 21 U.S.C. § 841(a)(1), THARE JOSUE NAVARRO ROBLES, ALEX GEOVANNI ZEPEDA MORALES, and ANDRES GONZALES shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

SUPERSEDING INDICTMENT – 3
Robles_Morales IndictmentSUPERSEDING.docx

The property to be forfeited by ALEX GEOVANNI ZEPEDA MORALES includes, but is not limited to: a 2007 Chrysler 300, California License Plate: 7NYM181, VIN: 2C3LA73W27H660148.

If any forfeitable property, as a result of any act or omission of the Defendants:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 7th day of September, 2016.

A TRUE BILL

_[signature]_
Foreperson

_[signature]_
MICHAEL C. ORMSBY
United States Attorney

_[signature]_
Stephanie Van Marter
Assistant United States Attorney

_[signature]_
Caitlin A. Baunsgard
Assistant United States Attorney

SUPERSEDING INDICTMENT – 4
Robles_Morales IndictmentSUPERSEDING.docx