PENALTY SLIP
SUPERSEDING INDICTMENT

DEFENDANT NAME: ANDRES GONZALES

TOTAL NO. COUNTS:   2

VIO: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846
Conspiracy to Distribute 500 Grams or More of
Methamphetamine (Count 1)

PENALTY: CAG not less than 10 years no more than life;
and/or $10,000,000 fine;
not less than 5 years nor more than life supervised release;
a $100 special penalty assessment;
denial of Certain Federal Benefits pursuant to 21 U.S.C. §§ 862
and 862a

VIO: 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)
Possession with Intent to Distribute 500 Grams or More of
Methamphetamine (Count 3)

PENALTY: CAG not less than 10 years no more than life;
and/or $10,000,000 fine;
not less than 5 years nor more than life supervised release;
a $100 special penalty assessment;
denial of Certain Federal Benefits pursuant to 21 U.S.C. §§ 862
and 862a

**PENALTY IF DEFENDANT HAS A PRIOR DRUG FELONY
CONVICTION:**

CAG not less than 20 years nor more than life;
and/or $8,000,000 fine;
not less than 10 years nor more than life of supervised release;
a $100 special penalty assessment (each count);
denial of certain federal benefits pursuant to
21 U.S.C. §§ 862 and 862a

**IF MORE THAN ONE PRIOR FELONY CONVICTION: MANDATORY LIFE IMPRISONMENT**

**Notice of Criminal Forfeiture**

CASE
NO. _____4:16-CR-6019-EFS-3_____

AUSA
INITIAL_____SAV_____

SUPERSEDING INDICTMENT