UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:16-CR-6019-EFS-3 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE |
| vs. | |
| ANDRES GONZALES, | ECF No. 129, 133 |
| Defendant. | |

On Monday, November 14, 2016, the Defendant appeared with his attorney Kenneth Therrien on Defendant's Motion to Modify Conditions of Release. Assistant United States Attorney Caitlin Baunsgard represented the United States.

**IT IS ORDERED:**

1. Defendant's previously imposed special condition of release (8) shall be modified to read:

**(8)**     Defendant shall execute a cash bond, to be signed by the Defendant and his father, in the amount of $75,000 with 10% down, in the event of a failure to appear as required or to surrender as directed for served of any sentence imposed.

DATED this November 14, 2016.

_s/Mary K. Dimke_
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE
