✎ PS 8
(3/15)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 09, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Andres Gonzales | Docket No. | 0980 4:16CR06019-EFS-3 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Andres Gonzales, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Court Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 16th day of November 2016, under the following condition:

**Special Condition #7:** The defendant shall participate in a program of GPS confinement. Defendant shall be restricted to his/her residence at all times except for: attorney visits, court appearances, case-related matters; court-ordered obligations; or other specific activities as pre-approved by the Pretrial Services Office or supervising officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Deviating from his approved leave plan while on the location monitoring program, by going to Toys R Us without permission on January 4, 2017.

PRAYING THAT THE COURT WILL TAKE NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: January 9, 2017

by s/Linda Leavitt

Linda Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*M. K. Dimke*

Signature of Judicial Officer

1/9/2017

Date