# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Andres Gonzales | Docket No. | 0980 4:16CR06019-EFS-3 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Andres Gonzales, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Court Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 16th day of November 2016, under the following condition:

**Special Condition #7:** The defendant shall participate in a program of GPS confinement. Defendant shall be restricted to his/her residence at all times except for: attorney visits, court appearances, case-related matters; court-ordered obligations; or other specific activities as pre-approved by the Pretrial Services Office or supervising officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Removal of Special Condition #7:**

**GPS Monitoring**: The defendant shall participate in a program of GPS confinement. The defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation. In the event the defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the defendant. The defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.

**Home Detention**: The defendant shall be restricted to his/her residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office or supervising officer.

PRAYING THAT THE COURT WILL SCHEDULE A HEARING SURROUNDING THE ABOVE MODIFICATION REQUEST

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on: April 13, 2017 |
| | by | s/Linda Leavitt |
| | | Linda Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case
[ ] Defendant to appear before the Magistrate Judge.
[X] Other - As of 4/17/2017, special condition number 7, is removed as a condition of release.

*M. K. Dimke*

Signature of Judicial Officer
4/14/2017

Date