# United States District Court
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 06, 2025

SEAN F. McAVOY, CLERK

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender: Andres Gonzales
Name of Supervising Judicial Officer:  Honorable Senior U.S. District Judge Edward F. Shea
Docket No: 0980 4:16CR06019-EFS-3

### PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the county.  The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Andres Gonzales to travel out of the country.

Respectfully submitted by,

s/Linda J. Leavitt                           11/03/2025

Linda J. Leavitt                             Date
U.S. Probation Officer

### THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X]  **Approves travel request**
[ ]  **Denies travel request**
[ ]  **Other**

*Edward F. Shea*

Signature of Judicial Officer

November 6, 2025
Date