# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2026

SEAN F. MCAVOY, CLERK

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender: Andres Gonzales
Name of Supervising Judicial Officer: Honorable Senior U.S. District Judge Edward F. Shea
Docket No: 0980 4:16CR06019-EFS-3

## PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the county. The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Andres Gonzales to travel out of the country.

Respectfully submitted by,

s/Linda J. Leavitt 11/16/2026

Linda J. Leavitt Date
U.S. Probation Officer

## THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

**[X] Approves travel request**
**[ ] Denies travel request**
**[ ] Other**

Edward F. Shea

Signature of Judicial Officer

November 19, 2026

Date